UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **WINSTON D. JOHNSON,** | ) | CASE NO. **10-89917** - MHM |
| | ) | |
| Debtor. | ) | |

---

| | | |
|---|---|---|
| DAVID GOCHMAN a/k/a DAVID GORDON, | ) ) ) | |
| Plaintiff, | ) | ADVERSARY PROCEEDING |
| v. | ) | NO. 11-5394 - MHM |
| | ) | |
| WINSTON D. JOHNSON, | ) ) | |
| Defendant. | ) | |

**ORDER AND NOTICE OF STATUS CONFERENCE**

NOTICE IS HEREBY GIVEN that a status conference for the complaint on dischargeability and objection to discharge will be held at 2:00 p.m. on the October 20, 2014, Courtroom 1204, U. S. Courthouse, 75 Spring Street, S. W., Atlanta, Georgia.

SO ORDERED this the 23rd day of September, 2014.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

David Gochman
v.
Winston D. Johnson
11-5394-MHM

## DISTRIBUTION LIST

Paul Aloe
Kudman Trachten Aloe, LLP
350 Fifth Avenue
Suite 4400
New York, NY 10118

Matthew H. Cohen
Kudman Trachten Aloe, LLP
350 Fifth Avenue
Suite 4400
New York, NY 10118

David Sicay-Perrow.
Sicay-Perrow, Knighten, Bohan, PC
Suite 3475, Georgia-Pacific Center
133 Peachtree Street, NE
Atlanta, GA 30303

Winston D. Johnson, Pro Se
1341 Audubon CT
Atlanta, GA 30311